NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ICON INTERNET COMPETENCE NETWORK B.V.,**
*Plaintiff - Appellee*

v.

**TRAVELOCITY.COM LP,**
*Defendant - Appellant*

---

14-1170

---

Appeal from the United States District Court for the Northern District of Texas in case no. 3:11-cv-01131-O United States District Judge Reed O'Connor

---

ON MOTION

O R D E R

Upon consideration of the Appellant, Travelocity.com LP's unopposed motion to extend time to file their principal brief until April 21, 2014,

IT IS ORDERED THAT:

The motion is granted. The brief is due on or before April 21, 2014.

                                       FOR THE COURT

January 28, 2014                     /s/ Daniel E. O'Toole
                                            Daniel E. O'Toole
                                            Clerk of Court